UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-20480-CIV-GRAHAM/TORRES

BURGER KING CORPORATION,

    Plaintiff,

v.

ALVARO M CABRERA, et.al.

    Defendants.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Preliminary Injunction [D.E. 11].

**THE COURT** referred the matter to the Honorable United States Magistrate Judge Edwin G. Torres pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 35]. Judge Torres issued a Report and Recommendation [D.E. 76] recommending that the Motion be Denied. Plaintiff has objected to the report [D.E. 82] and Defendants have responded to the objections [D.E. 89].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 76] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that is Plaintiff's Motion for Preliminary Injunction [D.E. 11] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Edwin G. Torres
    Counsel of Record